■ JEROME A. SIMON, as Commissioner of Public Welfare, Respondent, v.

EARL CUDNEY, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal on October 14, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 7, 1960.